# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ROBERT KESSLER, <br><br> Plaintiff, <br><br> -vs- <br><br> OHK, Inc., <br><br> Defendant. | Cause No. 2:20-cv-1710 <br><br> NOTICE OF SETTLEMENT PURSUANT TO LCR 11(b) |

Pursuant to LCR 11(b), counsel for the parties that have appeared in this m atter hereby advise the court that the parties have reached a settlement in the above-entitled matter. The parties shall file a joint motion to dismiss this claim subsequent to this Notice.

DATED this 22 day of July, 2021.

Respectfully submitted,

*/s/ M. William Judnich*
M. William Judnich
WSBA #56087
Enabled Law Group
P.O. Box 4523
Missoula, Montana 59806
Telephone: 406-493-1084

Plaintiff Expert report Disclosures    Page | - 1 -

Enabled Law Group
P.O. Box 4523
Missoula, MT 59806
(406) 493-1084

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

Email: MJ@Enabledlawgroup.com

*/s/ Courtenay Patterson*
Colorado Bar #49215
1716 N. Main Street, Suite A #331
Longmont, CO 80501
Telephone: (720) 222-9551
Courtenay.patterson@gmail.com
*/s/ Morgan Blackbourn*
WSBA # 42179
Inslee Best
Skyline Tower, Suite 1500
10900 NE 4th Street
Bellevue, WA 98004
Telephone: (425) 450-4259