UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT KESSLER, <br><br> Plaintiff, <br><br> -vs- <br><br> OHK, Inc., <br><br> Defendant. | Cause No. 2:20-cv-1710 <br><br> JOINT STIPULATION OF DISMISSAL WITH PREJUDICE <br><br> NOTE ON MOTIONS CALENDAR: <br> July 20, 2021 |

Plaintiff, Robert Kessler, and all Defendants in this matter by and through their respective undersigned counsel, hereby file this Joint Stipulation of Dismissal to dismiss with prejudice pursuant to the parties' settlement agreement and LCR 7(d)(1).

**IT IS SO ORDERED**, this matter shall be Dismissed with prejudice.

Dated this 20th day of _____July_____, 2021.

_____
United States ~~District Court~~ Judge
           Magistrate

Joint Stipulation of Dismissal

P.O. Box 4523
Missoula, MT 59806
(406) 493-1084

1  DATED this 20 day of July, 2021.

2                                              Respectfully submitted,

3

4                                              */s/ M. William Judnich*
                                               _____
5                                              M. William Judnich
                                               WSBA #56087
6                                              Enabled Law Group
                                               P.O. Box 4523
7                                              Missoula, Montana 59806
                                               Telephone: 406-493-1084
8                                              Email: MJ@Enabledlawgroup.com

9

10                                             */s/ Courtenay Patterson*
                                               Colorado Bar #49215
11                                             1716 N. Main Street, Suite A #331
                                               Longmont, CO 80501
12                                             Telephone: (720) 222-9551
                                               Courtenay.patterson@gmail.com
13                                             */s/ Morgan Blackbourn*
                                               WSBA # 42179
14                                             Inslee Best
                                               Skyline Tower, Suite 1500
15                                             10900 NE 4th Street
                                               Bellevue, WA 98004
16                                             Telephone: (425) 450-4259

17

18

19

20

21

22

23

24

25

26

27

Joint Stipulation of Dismissal

                                                                    P.O. Box 4523
                                                                    Missoula, MT 59806
                                                                    (406) 493-1084